Scott M. Petersen, A-7599
**FABIAN VANCOTT**
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
SPetersen@fabianvancott.com

Michael W. Lieberman (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
MLieberman@crowell.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT,
## DISTRICT OF UTAH, SOUTHERN REGION

| | |
|---|---|
| STEVE VILLAESCUSA, MONICA CASTILLO, and MARISA VILLAESCUSA | **ORDER STAYING PROCEEDINGS** |
| Plaintiffs, | |
| vs. | Case No. 4:20-cv-00016-DN-PK |
| HEALTH NET, HEALTH NET LIFE INSURANCE COMPANY, HEALTH NET COMMUNITY SOLUTIONS OF ARIZONA INC., HEALTH NET MEDICAL, LLC., MHN, MHN A Health Net Company | District Judge David Nuffer |
| | Magistrate Judge Paul Kohler |
| Defendants. | |

The Court, having considered the Joint Motion to Stay Proceedings filed on July 15, 2020, and for good cause set forth therein, hereby GRANTS the motion. All current deadlines and proceedings in this case are stayed.

2

IT IS SO ORDERED this _____ of July 2020.

BY THE COURT:

_____
Magistrate Judge Paul Kohler

Approved as to Form:

/s/ Laura Nielson (*w/ permission*)
Eric Nielson
Laura Nielson
G. ERIC NIELSON & ASSOCIATES

*Attorneys for Plaintiffs*