Eric Nielson #5327
Laura Nielson #15008
G. ERIC NIELSON & ASSOCIATES
4790 S. Holladay Blvd.
Holladay, Utah 84117
Phone: (801) 424-9088
Fax:    (801) 438-0199
ericnielson@ericnielson.com
laura.nielson@ericnielson.com

*Attorneys for Plaintiffs*

Scott M. Petersen, A-7599
FABIAN VANCOTT PC
215 South State Street, Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900
Facsimile: (801) 596-2814
SPetersen@fabianvancott.com

Michael W. Lieberman (*pro hac vice* forthcoming)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
MLieberman@crowell.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT,**
**DISTRICT OF UTAH, SOUTHERN REGION**

| | |
|---|---|
| STEVE VILLAESCUSA, MONICA CASTILLO, and MARISA VILLAESCUSA<br><br>   Plaintiffs,<br><br>vs.<br><br>HEATH NET, HEALTH NET LIFE INSURANCE COMPANY, HEALTH NET COMMUNITY SOLUTIONS OF ARIZONA INC., HEALTH NET MEDICAL, LLC., MHN, MHN A Health Net Company<br><br>   Defendants. | **ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Case No. 4:20-cv-00016-DN<br><br>Magistrate Judge Paul Kohler |

1

The Court, being duly advised in the premises and being presented with a Joint Stipulation of Dismissal with Prejudice, between Plaintiff's Steve Villaescusa, Monica Castillo and Marisa Villaescusa and Defendant's Health Net, et al., hereby dismisses this action with prejudice under Rule 41(a)(2) of the Federal Rules of Civil Procedure. the motion.

Plaintiffs and Defendants shall bear their own attorney's fees and costs with respect to this action.

IT IS SO ORDERED this \_\_\_\_ of August 2020.

BY THE COURT:

_____
Magistrate Judge Paul Kohler